**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KARIME GRUNAHUER, JASON PEGUERO, individually, and on behalf of others similarly situated,

*Plaintiffs*,

- against -

AUTOZONERS, LLC,

*Defendant*.

Case No. 1:26-cv-05984-PKC-SDE

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

TO: All Counsel of Record via ECF

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, I Ashleigh Dyer will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and a member in good standing of the bar(s) of the State(s) of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant AutoZoners, LLC. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Ashleigh Dyer*

Ashleigh Dyer
(FL Bar No. 1025754)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2050
Orlando, FL 32801
ashleighdyer@bakerdonelson.com
(407) 422-6600