UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARIME GRUNAHUER, JASON PEGUERO, individually, and on behalf of others similarly situated,

Plaintiffs,

- against -

AUTOZONERS, LLC,

Defendant.

Case No.: 1:26-cv-05984-PKC-SDE

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Ashleigh Dyer declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Associate with the law firm of Baker, Donelson, Bearman, Cadwell & Berkowitz.
2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Florida.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission of readmission by any court.
7. Attorney Registration Number: 1025754.

8. Where, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-05984 for AutoZoners, LLC

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2026

Respectfully submitted,



Ashleigh Dyer
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2050
Orlando, FL 32801
ashleighdyer@bakerdonelson.com
(407) 422-6600

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

ASHLEIGH SINGLETON DYER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* NOVEMBER 30, 2020, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 21, 2026.*

*Clerk of the Supreme Court of Florida*