MORGAN & MORGAN

November 16, 2026

**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Grunahuer, et al. v. AutoZoners, LLC, Case No. 1:26-cv-05984-PKC-SDE*
**Plaintiffs' Request for Extension of Time to Respond to Defendant's Pre-Motion Conference Letter and for Extension of Current Scheduling Order Deadlines**

Dear Judge Chen:

We represent Plaintiffs Karime Grunahuer and Jason Peguero ("Plaintiffs") in connection with the above-referenced matter. Pursuant to Rule 1.G of the Court's Individual Practices and Rules, we write to respectfully request an extension of the current deadline for Plaintiffs to file their letter response to Defendant AutoZoners, LLC's ("Defendant") request for a pre-motion conference regarding its anticipated Motion to Dismiss (ECF No. 8).

Plaintiffs' response is currently due on November 16, 2026. My firm, Morgan & Morgan P.A, myself, and my colleague, Andrew Frisch, have only recently filed appearances in this case and have been diligently working toward familiarizing ourselves with all issues in this matter. We intend to file an amended complaint on behalf of Plaintiffs, which may resolve the issues raised by Defendant in its pre-motion conference letter. We are currently gathering information and preparing the first amended complaint. Plaintiffs therefore respectfully request, and Defendant does not oppose, that the current November 16, 2026, deadline for Plaintiffs to respond to Defendant's request for a pre-motion conference regarding its anticipated Motion to Dismiss be extended to November 30, 2026.

Should this Court grant this extension, the current Scheduling Order (ECF No. 6) deadlines will be affected and will therefore also require extensions of time to those deadlines. The Parties have conferred and agree to the following proposed amendments to the deadlines outlined in the current Scheduling Order:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Meet and Confer (¶3) | November 20, 2026 | December 21, 2026 |
| Joint Status Report Regarding Settlement (¶4) | November 30, 2026 | December 30, 2026 |

| | | |
|---|---|---|
| Mediation Deadline (¶4) | January 14, 2027 | February 15, 2027 |
| Joint Status Report Regarding Mediation (¶5) | January 28, 2027 | March 1, 2027 |

Defendant consents to all proposed deadlines referenced herein. We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

________________________________
HON. PAMELA K. CHEN
United States District Judge